IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Nationwide Insurance Company of America, <br><br> Plaintiff, <br> v. <br> Graham Jackson, <br><br> Defendant. | CASE NO:   4:14-cv-273-BHH <br><br> CONSENT ORDER TO CONSOLIDATE |
| Graham Keith Jackson, <br><br> Plaintiff, <br> v. <br> Nationwide Insurance Company of America, <br><br> Defendant. | CASE NO: 4:14-cv-945-BHH |

**THIS MATTER** comes before me upon motion by consent of Nationwide Insurance Company of America, for an Order consolidating the cases of <u>Nationwide Insurance Company of America vs. Graham Jackson</u>, case number 4:14-cv-273-BHH and <u>Graham Keith Jackson v. Nationwide Insurance Company of America</u>, case number 4:14-cv-945-BHH.

After reviewing the files, I find that common questions of law and fact exist in each of the above-captioned cases. In the interest of judicial efficiency, conserving court costs and litigation costs, and minimizing burden on fact witnesses, I find that these cases should be consolidated pursuant to Rule 42(a), SCRCP.

1

2

Therefore, it is hereby ordered that the cases styled as <u>Nationwide Insurance Company of America vs. Graham Jackson</u>, case number 4:14-cv-273-BHH and <u>Graham Keith Jackson v. Nationwide Insurance Company of America</u>, case number 4:14-cv-945-BHH be consolidated.

Clerk of Court is hereby directed to effect the consolidation of these matters and place them under the 4:14-cv-273-BHH docket number.

s/Bruce Howe Hendricks
The Honorable Bruce H. Hendricks

**WE CONSENT:**

| | |
|---|---|
| _s/Timothy J. Newton_____ | _s/William P. Hatfield_____ |
| J.R. Murphy, Esquire (Fed I.D. #3119) | William P. Hatfield, Esquire (Fed I.D. #1777) |
| Timothy J. Newton, Esquire (Fed I.D. #9807) | Hatfiled Temple, LLP |
| Murphy & Grantland, P.A. | 170 Courthouse Square |
| Post Office Box 6648 | Post Office Box 1770 |
| Columbia, South Carolina 29260 | Florence, SC 29503-1770 |
| (803) 782-4100 | (843) 662-5000 |
| **Attorneys for Nationwide Insurance Company of America** | **Attorney for Graham K. Jackson** |